UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LUNDQUIST, RICHARD E, SR. | § | Case No. 11-83914 |
| LUNDQUIST, HELEN A | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/14/2012 in Courtroom 1100, United States Courthouse, Stanley J. Roszkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 03/26/2012          By: /s/MEGAN G. HEEG
                                Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LUNDQUIST, RICHARD E, SR. | § | Case No. 11-83914 |
| LUNDQUIST, HELEN A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,016.18 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 4,991.18 |
| **Balance on hand:** | $ 4,991.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,991.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,251.62 | 0.00 | 1,251.62 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 967.50 | 0.00 | 967.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 7.00 | 0.00 | 7.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,226.12 |
| Remaining balance: | $ 2,765.06 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,765.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,765.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,459.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 9,567.91 | 0.00 | 332.95 |
| 2 | FIA CARD SERVICES, N.A. | 23,593.07 | 0.00 | 820.99 |
| 3 | Quantum3 Group LLC as agent for | 43.58 | 0.00 | 1.52 |
| 4 | Quantum3 Group LLC as agent for | 82.60 | 0.00 | 2.87 |
| 5 | Quantum3 Group LLC as agent for | 108.24 | 0.00 | 3.77 |
| 6 | Quantum3 Group LLC as agent for | 118.97 | 0.00 | 4.14 |
| 7 | American InfoSource LP as agent for | 3,137.58 | 0.00 | 109.18 |
| 8 | Capital One Bank (USA), N.A. | 1,169.87 | 0.00 | 40.71 |
| 9 | Capital One Bank (USA), N.A. | 206.85 | 0.00 | 7.20 |
| 10 | Chase Bank USA, N.A. | 3,775.15 | 0.00 | 131.37 |
| 11 | Chase Bank USA, N.A. | 769.88 | 0.00 | 26.79 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 12 | Capital One, N.A. | | 0.00 | 8.71 |
| 13 | Fifth Third Bank | 21,652.86 | 0.00 | 753.48 |
| 14 | Fifth Third Bank | 5,593.54 | 0.00 | 194.64 |
| 15 | TOYOTA FINANCIAL SERVICES | 6,844.96 | 0.00 | 238.19 |
| 16 | Fmci Mass Market | 122.72 | 0.00 | 4.27 |
| 17 | American Express Centurion Bank | 2,291.08 | 0.00 | 79.73 |
| 18 | GE Capital Retail Bank | 130.86 | 0.00 | 4.55 |

Total to be paid for timely general unsecured claims: $ 2,765.06
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                              Case No. 11-83914-MB
Richard E Lundquist                                                 Chapter 7
Helen A Lundquist
     Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 3               Date Rcvd: Apr 11, 2012
                              Form ID: pdf006            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2012.
db/jdb        +Richard E Lundquist, Sr.,   Helen A Lundquist,    1016 Riverview Rd,   Sterling, IL 61081-4324
17757103      +1st National Bank of Omaha,    P.O. Box 3696,   Omaha, NE 68103-0696
17757104       American Express,   P.O. Box 981535,    El Paso, TX 79998-1535
18111923       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17757106      +Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
18044446       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
18052559      +Capital One, N.A.,   c/o Creditors Bankrupcty Service,   P.O. Box 740933,   Dallas, TX 75374-0933
17757109       Chase,   P.O. Box 15299,   Wilmington, DE 19850-5299
18046694       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
18005624       FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17757112      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   MD1MOC2G 4050,   38 Fountain Square Place,
                Cincinnati, OH 45263)
18057905      +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
17757114       Home Shopping Network,   P.O. Box 183003,   Columbus, OH 43218-3003
17757119       PHH,   P.O. Box 0112,   Palatine, IL 60055-0112
17757120       QVC Card/GEMB,   P.O. Box 965020,   Orlando, FL 32896-5020
18069102       TOYOTA FINANCIAL SERVICES,   BANKRUPTCY DEPARTMENT,   POB 5229,   CINCINNATI, OH 45201-5229
17757121       Target,   P.O. Box 1581,   Minneapolis, MN 55440-1581
17757122       Toyota Visa,   P.O. Box 6331,   Fargo, ND 58125-6331
17757123       Woman Within,   P.O. Box 182273,   Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18043730       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2012 02:16:27
                American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17977800       E-mail/Text: bankruptcy@commercebank.com Apr 12 2012 02:26:03     Commerce Bank,   P O BOX 419248,
                KCREC-10,   Kansas City, MO 64141-6248
17757111      +E-mail/Text: bankruptcy@commercebank.com Apr 12 2012 02:26:03     Commerce Bank,
                3930 South 147th Street Ste 200,   Omaha, NE 68144-5571
18111746       E-mail/PDF: BankruptcyFmciMassMa@afni.com Apr 12 2012 02:26:47     Fmci Mass Market,
                PO BOX 3243,   Bloomington, IL 61702-3243
18398266       E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2012 02:24:59     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17757116       E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2012 00:05:45     Kohl's,   P.O. Box 3043,
                Milwaukee, WI 53201-3043
17757117      +E-mail/PDF: BankruptcyFmciMassMa@afni.com Apr 12 2012 02:26:47     MCI Communication,
                Bankruptcy Dept.,   P.O. Box 3243,   Bloomington, IL 61702-3243
17757118      +E-mail/Text: bnc@nordstrom.com Apr 12 2012 00:05:48     Nordstrom Bank,   P.O. Box 6555,
                Englewood, CO 80155-6555
18027055       E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2012 01:17:38
                Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                Kirkland, WA  98083-0788
18026841       E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2012 01:17:38
                Quantum3 Group LLC as agent for,   World Financial Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17757107*      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
17757110*      Chase,   P.O. Box 15299,   Wilmington, DE 19850-5299
17757113*     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   MD1MOC2G 4050,   38 Fountain Square Place,
                Cincinnati, OH 45263)
17757105      ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
17757108      ##Catherines,   P.O. Box 717,   Milford, OH 45150-0717
17757115      ##HSBC Retail Services/Carsons,   P.O. Box 15521,   Wilmington, DE 19850-5521
                                                                                   TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cshabez            Page 2 of 3             Date Rcvd: Apr 11, 2012
                              Form ID: pdf006          Total Noticed: 29
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2012**              **Signature:**     *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Apr 11, 2012
                              Form ID: pdf006           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2012 at the address(es) listed below:
        Gary C Flanders    on behalf of Debtor Richard Lundquist garyflanders@sbcglobal.net
        Megan G Heeg    on behalf of Trustee Megan Heeg heeg@egbbl.com
        Megan G Heeg    heeg@egbbl.com, IL55@ecfcbis.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                           TOTAL: 4