# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: LUNDQUIST, RICHARD E, SR. § Case No. 11-83914
   LUNDQUIST, HELEN A § 
                §
Debtor(s)                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $137,730.00     Assets Exempt: $24,030.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,765.06    Claims Discharged
                 Without Payment: $79,299.92

Total Expenses of Administration: $2,251.12

---

  3) Total gross receipts of $ 5,016.18 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,016.18
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $97,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,251.12 | 2,251.12 | 2,251.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,055.00 | 79,459.98 | 79,459.98 | 2,765.06 |
| **TOTAL DISBURSEMENTS** | $175,055.00 | $81,711.10 | $81,711.10 | $5,016.18 |

4) This case was originally filed under Chapter 7 on September 02, 2011. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2012          By: /s/MEGAN G. HEEG
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Prudential Life Insurance, daughter is beneficia | 1129-000 | 5,016.18 |
| **TOTAL GROSS RECEIPTS** | | **$5,016.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PHH | 4110-000 | 97,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$97,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,251.62 | 1,251.62 | 1,251.62 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 967.50 | 967.50 | 967.50 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 7.00 | 7.00 | 7.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,251.12** | **$2,251.12** | **$2,251.12** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 9,000.00 | 9,567.91 | 9,567.91 | 332.95 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 22,585.00 | 23,593.07 | 23,593.07 | 820.99 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 43.58 | 43.58 | 1.52 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 0.00 | 82.60 | 82.60 | 2.87 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 60.00 | 108.24 | 108.24 | 3.77 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | 50.00 | 118.97 | 118.97 | 4.14 |
| 7 | American InfoSource LP as agent for | 7100-000 | 2,900.00 | 3,137.58 | 3,137.58 | 109.18 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 1,030.00 | 1,169.87 | 1,169.87 | 40.71 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 150.00 | 206.85 | 206.85 | 7.20 |
| 10 | Chase Bank USA, N.A. | 7100-000 | 3,600.00 | 3,775.15 | 3,775.15 | 131.37 |
| 11 | Chase Bank USA, N.A. | 7100-000 | 730.00 | 769.88 | 769.88 | 26.79 |
| 12 | Capital One, N.A. | 7100-000 | 190.00 | 250.26 | 250.26 | 8.71 |
| 13 | Fifth Third Bank | 7100-000 | 21,145.00 | 21,652.86 | 21,652.86 | 753.48 |
| 14 | Fifth Third Bank | 7100-000 | 5,150.00 | 5,593.54 | 5,593.54 | 194.64 |
| 15 | TOYOTA FINANCIAL SERVICES | 7100-000 | 6,540.00 | 6,844.96 | 6,844.96 | 238.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Fmci Mass Market | 7100-000 | N/A | 122.72 | 122.72 | 4.27 |
| 17 | American Express Centurion Bank | 7100-000 | 2,220.00 | 2,291.08 | 2,291.08 | 79.73 |
| 18 | GE Capital Retail Bank | 7100-000 | 100.00 | 130.86 | 130.86 | 4.55 |
| NOTFILED | MCI Communication Bankruptcy Dept. | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom Bank | 7100-000 | 530.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services/Carsons | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st National Bank of Omaha | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$78,055.00** | **$79,459.98** | **$79,459.98** | **$2,765.06** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-83914
**Case Name:** LUNDQUIST, RICHARD E, SR.
LUNDQUIST, HELEN A
**Period Ending:** 08/21/12

**Trustee:** (330490)    MEGAN G. HEEG
**Filed (f) or Converted (c):** 09/02/11 (f)
**§341(a) Meeting Date:** 10/21/11
**Claims Bar Date:** 01/24/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | single family residence located at 1016 Rivervie | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking US Bank | 420.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2 beds, 2 dressers, sofa, 3 chairs, 2 TVs, DVD p | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | video tapes, dvds, cds, with estimated retail va | 60.00 | 0.00 | DA | 0.00 | FA |
| 6 | Debtors' clothing, with estimated retail value o | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | jewelry, with estimated retail value of $2000 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | camera, with estimated retail value of $100 | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | sewing machine, with estimated retail value of $ | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Prudential Life Insurance, daughter is beneficia | 4,600.00 | 5,016.18 | | 5,016.18 | FA |
| 11 | Life insurance with death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | pension, monthly benefit | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | Pension, monthly benefit | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Toyota Matrix, dealer value $9,500 | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | hand and power tools, with estimated retail valu | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | lawnmower, with estimated retail value of $600 | 300.00 | 0.00 | DA | 0.00 | FA |
| 16 Assets | Totals (Excluding unknown values) | **$142,330.00** | **$5,016.18** | | **$5,016.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 15, 2012    **Current Projected Date Of Final Report (TFR):**    March 26, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-83914  
**Case Name:** LUNDQUIST, RICHARD E, SR.  
  LUNDQUIST, HELEN A  
**Taxpayer ID #:** **-***3555  
**Period Ending:** 08/21/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-65 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/12 | {10} | Prudential | life insurance policy | 1129-000 | 5,016.18 | | 5,016.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,991.18 |
| 03/14/12 | | To Account #9200******9967 | prepare final report | 9999-000 | | 4,991.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,016.18 | 5,016.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,991.18 | |
| | | | **Subtotal** | | 5,016.18 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,016.18** | **$25.00** | |

{} Asset reference(s)           Printed: 08/21/2012 09:51 AM    V.13.03

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-83914
**Case Name:** LUNDQUIST, RICHARD E, SR.
LUNDQUIST, HELEN A
**Taxpayer ID #:** **-***3555
**Period Ending:** 08/21/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******99-67 - Checking Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/12 | | From Account #9200******9965 | prepare final report | 9999-000 | 4,991.18 | | 4,991.18 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,966.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,941.18 |
| 05/17/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -50.00 | 4,991.18 |
| 05/29/12 | 1001 | MEGAN G. HEEG | Dividend paid 100.00% on $1,251.62, Trustee Compensation; Reference: | 2100-000 | | 1,251.62 | 3,739.56 |
| 05/29/12 | 1002 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $967.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 967.50 | 2,772.06 |
| 05/29/12 | 1003 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $7.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 7.00 | 2,765.06 |
| 05/29/12 | 1004 | Commerce Bank | Dividend paid 3.47% on $9,567.91; Claim# 1; Filed: $9,567.91; Reference: 4412-5400-0270-1851 | 7100-000 | | 332.95 | 2,432.11 |
| 05/29/12 | 1005 | FIA CARD SERVICES, N.A. | Dividend paid 3.47% on $23,593.07; Claim# 2; Filed: $23,593.07; Reference: 4888-9360-9679-3306 | 7100-000 | | 820.99 | 1,611.12 |
| 05/29/12 | 1006 | Quantum3 Group LLC as agent for | Dividend paid 3.47% on $43.58; Claim# 3; Filed: $43.58; Reference: | 7100-000 | | 1.52 | 1,609.60 |
| 05/29/12 | 1007 | Quantum3 Group LLC as agent for | Dividend paid 3.47% on $82.60; Claim# 4; Filed: $82.60; Reference: 5780979530060946 | 7100-000 | | 2.87 | 1,606.73 |
| 05/29/12 | 1008 | Quantum3 Group LLC as agent for | Dividend paid 3.47% on $108.24; Claim# 5; Filed: $108.24; Reference: 177752065 | 7100-000 | | 3.77 | 1,602.96 |
| 05/29/12 | 1009 | Quantum3 Group LLC as agent for | Dividend paid 3.47% on $118.97; Claim# 6; Filed: $118.97; Reference: 627800004609891 | 7100-000 | | 4.14 | 1,598.82 |
| 05/29/12 | 1010 | American InfoSource LP as agent for | Dividend paid 3.47% on $3,137.58; Claim# 7; Filed: $3,137.58; Reference: 4352-3733-8542-8120 | 7100-000 | | 109.18 | 1,489.64 |
| 05/29/12 | 1011 | Capital One Bank (USA), N.A. | Dividend paid 3.47% on $1,169.87; Claim# 8; Filed: $1,169.87; Reference: 5178-0526-6164-2088 | 7100-000 | | 40.71 | 1,448.93 |
| 05/29/12 | 1012 | Capital One Bank (USA), N.A. | Dividend paid 3.47% on $206.85; Claim# 9; Filed: $206.85; Reference: 5178-0595-8217-3051 | 7100-000 | | 7.20 | 1,441.73 |
| 05/29/12 | 1013 | Chase Bank USA, N.A. | Dividend paid 3.47% on $3,775.15; Claim# 10; Filed: $3,775.15; Reference: 4266-8411-7503-4964 | 7100-000 | | 131.37 | 1,310.36 |
| 05/29/12 | 1014 | Chase Bank USA, N.A. | Dividend paid 3.47% on $769.88; Claim# 11; Filed: $769.88; Reference: | 7100-000 | | 26.79 | 1,283.57 |

Subtotals :   $4,991.18   $3,707.61

{} Asset reference(s)

Printed: 08/21/2012 09:51 AM   V.13.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-83914 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | LUNDQUIST, RICHARD E, SR. | | **Bank Name:** | The Bank of New York Mellon |
| | LUNDQUIST, HELEN A | | **Account:** | 9200-******99-67 - Checking Account |
| **Taxpayer ID #:** | **-***3555 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 08/21/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 4266-8412-4401-7503 | | | | |
| 05/29/12 | 1015 | Capital One, N.A. | Dividend paid 3.47% on $250.26; Claim# 12; Filed: $250.26; Reference: 028746438 | 7100-000 | | 8.71 | 1,274.86 |
| 05/29/12 | 1016 | Fifth Third Bank | Dividend paid 3.47% on $21,652.86; Claim# 13; Filed: $21,652.86; Reference: 5467-0024-0912-5433 | 7100-000 | | 753.48 | 521.38 |
| 05/29/12 | 1017 | Fifth Third Bank | Dividend paid 3.47% on $5,593.54; Claim# 14; Filed: $5,593.54; Reference: 5467-0024-0935-2201 | 7100-000 | | 194.64 | 326.74 |
| 05/29/12 | 1018 | TOYOTA FINANCIAL SERVICES | Dividend paid 3.47% on $6,844.96; Claim# 15; Filed: $6,844.96; Reference: 4510-4800-0118-5197 | 7100-000 | | 238.19 | 88.55 |
| 05/29/12 | 1019 | Fmci Mass Market | Dividend paid 3.47% on $122.72; Claim# 16; Filed: $122.72; Reference: | 7100-000 | | 4.27 | 84.28 |
| 05/29/12 | 1020 | American Express Centurion Bank | Dividend paid 3.47% on $2,291.08; Claim# 17; Filed: $2,291.08; Reference: 37729484741007 | 7100-000 | | 79.73 | 4.55 |
| 05/29/12 | 1021 | GE Capital Retail Bank | Dividend paid 3.47% on $130.86; Claim# 18; Filed: $130.86; Reference: 61140071509 | 7100-000 | | 4.55 | 0.00 |

|  |  | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 4,991.18 | 4,991.18 | $0.00 |
| | Less: Bank Transfers | 4,991.18 | 0.00 | |
| | **Subtotal** | 0.00 | 4,991.18 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$4,991.18** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******99-65** | 5,016.18 | 25.00 | 0.00 |
| **Checking # 9200-******99-67** | 0.00 | 4,991.18 | 0.00 |
| | **$5,016.18** | **$5,016.18** | **$0.00** |

{} Asset reference(s)

Printed: 08/21/2012 09:51 AM        V.13.03